ACCEPTED
01-15-01010-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 11:26:23 AM
CHRISTOPHER PRINE
CLERK

## NO. 2012-12595

| | | |
|---|---|---|
| **MACARINA GARCIA AND JUAN FIGUEROA** | § | **IN THE DISTRICT COURT** |
| **Plaintiffs,** | § | |
| | § | |
| | § | |
| | § | |
| **V.** | § | **11TH JUDICIAL DISTRICT** |
| | § | |
| **ELI GAVRIEL SASSON** | § | |
| **Defendant.** | § | **OF HARRIS COUNTY, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 11:26:23 AM
CHRISTOPHER A. PRINE
Clerk

### NOTICE OF APPEAL

Plaintiffs, Macarina Garcia and Juan Figueroa, parties to this case, file this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on September 3, 2015.

Macarina Garcia and Juan Figueroa desire to appeal on deemed admissions and on other grounds.

This appeal is being taken to either the First or Fourteenth Court of Appeals.

This notice is being filed by Macarina Garcia and Juan Figueroa.

Respectfully submitted,

AHN LAW FIRM

By: _____

Kristopher K. Ahn
Texas Bar No. 00785312
Email: AHNLAWFIRM@GMAIL.COM
9930 Long Point Rd.
Houston, TX 77055
Tel. (713) 781-2322
Fax. (713) 781-2542
Attorney for Plaintiffs
Macarina Garcia and Juan Figueroa

## CERTIFICATE OF SERVICE

I certify that on November 25, 2015 a true and correct copy of Plaintiffs' Notice of Appeal was served by fax on Jeff Musslewhite at (888) 599-4190 .

Kristopher K. Ahn